FILED

07/12/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0035

# IN THE SUPREME COURT OF THE STATE OF MONTANA
## Supreme Court Cause No. DA 22-0035

BROAD REACH POWER, LLC,
    and
NORTHWESTERN ENERGY
    *Appellants,*

    v.

THE MONTANA DEPARTMENT OF PUBLIC SERVICE REGULATION,
MONTANA PUBLIC SERVICE COMMISSION,

    *Appellee.*

## ORDER GRANTING EXTENSION OF TIME

Appellants NorthWestern Energy and Broad Reach Power, LLC, having filed an Unopposed Motion for Extension of Time pursuant to Rule 26(1) of the Montana Rules of Appellate Procedure, and good cause appearing therefrom;

IT IS HEREBY ORDERED that said motion is GRANTED. Appellants' reply brief is due August 18, 2022.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 12 2022